IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNIE BUCHANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-1267 (MN) |
| | ) |
| W.L. GORE & ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

At Wilmington, this 5th day of February 2026:

WHEREAS, on January 21, 2026, Magistrate Judge Hatcher issued a Report and Recommendation ("the Report") (D.I. 25) in this action, recommending that the Court grant-in-part and deny-in-part Defendant W.L. Gore & Associates, Inc.'s Motion to Dismiss Plaintiffs' Second Complaint (D.I. 19); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

Defendant W.L. Gore & Associates, Inc.'s Motion to Dismiss (D.I. 19) is GRANTED-IN-PART and DENIED-IN-PART.

The motion is GRANTED as to Count I, the portion of Count II asserting failure to promote under Title VII, Count V and Count VI and those Counts of Plaintiff's First Amended Complaint are DISMISSED.

The motion is DENIED as to all other aspects.

*[signature]*
The Honorable Maryellen Noreika
United States District Judge